ALBERT S. MOORE, Appellant, *v.* VULCANITE PORTLAND CEMENT COMPANY, Respondent, Impleaded with Others.

*Moore* v. *Vulcanite Portland Cement Co.*, 134 App. Div. 964, affirmed.

(Argued February 20, 1912; decided March 5, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1909, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a trial term in an action to recover for an alleged breach of contract.

*Horace D. Byrnes* and *Charles S. Yawger* for appellant.

*William Ford Upson* and *William Forse Scott* for respondent.

Judgment affirmed, with costs; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCCOK and COLLIN, JJ.

---

In the Matter of the Examination of THE UNION BANK OF BROOKLYN.

GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent; EDWARD M. GROUT, Appellant.

(Submitted February 26, 1912; decided March 5, 1912.)

Motion to amend remittitur denied, without costs. (See 204 N. Y. 313.)